## THIRD DEPARTMENT, JANUARY, 1978

### (January 5, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CANNAVINO, Appellant.—Motion by appellant to strike copy of Grand Jury minutes submitted with respondent's brief and for other relief, denied, without costs (see *People v Longo,* 39 AD2d 633). Mahoney, P. J., Greenblott, Sweeney, Kane and Mikoll, JJ., concur.